IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 24-00066-CR-W-HFS |
|  | ) |  |
| ERIC JORDAN, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**ORDER**

After consideration of the record and briefing, and in the absence of objection to the Report and Recommendation "R&R" (Doc. 59), the R&R is ADOPTED and the motion to suppress (Doc. 44) is DENIED.

SO ORDERED.

                                         */s/ Howard F. Sachs*
                                      HOWARD F. SACHS
                                      UNITED STATES DISTRICT JUDGE

Dated: May 5, 2025
Kansas City, Missouri